No. 93–6617. GREENE *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 93–6624. CHANGCO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6647. CHICHY ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6648. MENTZER *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–6651. PENNINGTON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6658. WILLIAMS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6661. ERDMAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 93–6666. JOELSON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–6667. JONES *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–6669. CORREA *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 93–6671. SMITH *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–6678. BUNDICK *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–452. SIOUX MANUFACTURING CORP. *v.* ALTHEIMER & GRAY. C. A. 7th Cir. Motion of Glenn A. Hall et al. for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 93–583. DiCARLO CONSTRUCTION CO. ET AL. *v.* H. H. ROBERTSON CO., CUPPLES PRODUCTS DIVISION. C. A. 8th Cir. Certiorari denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.